STATE OF FLORIDA EX REL. W. A. HICKS, AS JUSTICE OF THE PEACE OF THE THIRD JUSTICE OF THE PEACE DISTRICT, IN AND FOR BROWARD COUNTY, STATE OF FLORIDA, *Plaintiff in Error*, v. H. G. WHEELER, J. D. BUTLER, JOHN M. WALTON, JOHN M. BRYAN AND FRANK C. DICKEY, AS AND CONSTITUTING THE BOARD OF COUNTY COMMISSIONERS OF BROWARD COUNTY, STATE OF FLORIDA, *Defendants in Error*.

Division B.

Decision Filed March 15, 1928.

*G. H. Martin* and *George W. Tedder*, for Plaintiff in Error;

*W. M. Pope*, for Defendants in Error.

PER CURIAM.—This cause having been submitted to the Court upon a transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and decreed by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.